RECEIVED

APR 24 2013

HedgerFriend, PLLC

Dean Stacy
*(your name)*

P.O. Box 462
*(your street address)*

Eureka, Montana 59917
*(city, state, zip code)*

406- 889-5661
*(your phone number)*

**Plaintiff Pro Se**

MONTANA ___19___ JUDICIAL DISTRICT COURT,
*(number of district in which your county is located)*
___Lincoln___ COUNTY
*(name of your county)*

Dean Stacy, Norma Stacy　　　　　　　)
Donald Stacy, Steve Carvey　　　　　　) Your Cause No. _____
　Anthony Stacy　　　　　　　　　　　)
　　　　　　　　　　　　　　　　　　)
　　　　　　　　　Plaintiff,　　　　　) Complaint
　　　　vs.　　　　　　　　　　　　　)
　　　　　　　　　　　　　　　　　　)
Birlington Notthern Railroad,　　　　　)
2650 LouMenk Dr.　　　　　　　　　　)
San Fort Worth, Texas 76131-2630　　　)
　　　　　　　　　　Defendant.　　　　)

COMES NOW the Plaintiff, ___Dean Stacy_____, respectfully states the following:

1. We come before you to seek compensation for ~~Damages caused~~ by Exposure to Asbestos. ~~The Birlington~~ Northern Sante Fe Railroad was Neglagent by useing cars that were not covered therefor exposing us to ~~Hazardous~~ Dust.

2. ~~We Have Lived close to the Railroad~~ Tracks, Worked for the railroad and now are ~~in Poor~~ health 2 of te the plaintiffs are on oxygen 24/7 and the r rest have severe lung problems.

3. _____

Complaint
December 27, 2010

**EXHIBIT A**

Page 1

_____

_____

4._____

_____

_____

5._____

_____

_____


THEREFORE the Plaintiff respectfully asks this court to grant the following:

1. Compensation in the amount of 1.5 Million Dollars._____

_____

_____

2._____

_____

_____

3._____

_____

_____

-Dean Stacy _/s/ Dean Stacy_

Norma Stacy _/s/ Norma Stacy_

Anthony Stacy _/s/ Anthony Stacy_

Donald Stacy _/s/ Donald Stacy_

Steve Carvey _/s/ Steve Carvey_

(Your signature) _____

(Print your name) _____

(Date) _____

**Complaint**
**December 27, 2010**

Page 2

State of Montana                          )
                                          : ss
County of Lincoln                         )

Dean Stacy, being first duly sworn, upon oath, deposes and says as follows: I am the Plaintiff in the foregoing Complaint. I have read the foregoing Complaint and the facts of the matter contained herein are true, correct and complete to the best of my knowledge and belief.

_____
Plaintiff

Signed and sworn to (or affirmed) before me this 10th day of April, 2013.

_____
(Signature of notary)

_____
(Printed name of notary public)

Notary public for the state of Montana

Residing at: Eureka

My commission expires: January 4, 2015

**C WISE**
NOTARY PUBLIC for the
State of Montana
Residing at Eureka, Montana
My Commission Expires
January 04, 2015

Complaint
December 27, 2010

Page 3

DEAN STACY

Name
Address PO Box 467
 EUREKA, Mont. 59917
Phone
Petitioner, Pro Se (406)-889-5661

MONTANA, NINETEENTH JUDICIAL DISTRICT COURT
Lincoln County

DEAN STACY
NORMA STACY
DONALD STACY      Petitioner
STEVE CANUBY     And
ANTHONY STACY

BNSF RAILROAD   Respondent
2650 LOU MENK DRIVE
FORT WORTH TX.

) Cause No. DV-13-89
) Judge James B. Wheelis
)
)
) SUMMONS
)
)
)
)
)

THE STATE OF MONTANA SENDS GREETINGS TO THE ABOVE-NAMED RESPONDENT:

YOU, THE RESPONDENT, ARE HEREBY SUMMONED to answer the Petition in this action which is filed in the office of the above-named Court, a copy of which is herewith served upon you, and to file your answer and serve a copy thereof upon Petitioner's attorney within 21 days after the service of this summons, exclusive of the day of service; and in case of your failure to appear or answer, judgment will be taken against you by default, for the relief demanded in the Petition.

GIVEN under my hand this 11 day of April, 2013

Susan Farmer
CLERK OF COURT
By: Tricia Brook, Deputy